IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| NAKIYA MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:23-CV-00069-TES |
| | ) |
| SUZAN MORRIS, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Nakiya Martin and Defendant Suzan Morris, by and through undersigned counsel, and file this Stipulation of Dismissal of the above-styled case With Prejudice, pursuant to Fed. R. Civ. P. 41(1)(A)(ii).

This 2nd day of May, 2024.

GRAHAM LAW, LLC

Neal B. Graham
Georgia State Bar No.: 304660
Attorney for Plaintiff

3715 Vineville Avenue
Macon, GA 31204
(478) 284-0000
nealgraham@icloud.com

LAW OFFICES OF ZANITA KING-HUGHES

*/s/ Michael L. Wetzel*
Michael L. Wetzel
Georgia State Bar No.: 750425
Attorney for Defendant

3655 North Point Parkway, Suite 500-A
Alpharetta, GA 30005
(770) 730-3414
Michael.Wetzel@thehartford.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| NAKIYA MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 5:23-CV-00069-TES |
| | ) |
| SUZAN MORRIS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **STIPULATION OF DISMISSAL** upon all counsel of record by STATUTORY ELECTRONIC SERVICE addressed as follows:

Neal Graham, Esq.
3715 Vineville Avenue
Macon, GA  31204-1854
Nealgraham45@icloud.com

This 2 day of May 2024.

LAW OFFICES OF ZANITA KING-HUGHES

*/s/ Michael L. Wetzel*
Michael L. Wetzel
Georgia State Bar No.: 750425
Attorney for Defendant

3655 North Point Parkway, Suite 500-A
Alpharetta, GA 30005
(770) 730-3414
Michael.Wetzel@thehartford.com